FILED
CLERK, U.S. DISTRICT COURT

**1/21/2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ jb _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | No.    2:21-cr-00014-DSF |
| v. | |
| HENRIK KIRAKOSIAN, | **NOTICE TO COURT OF RELATED CRIMINAL CASE** |
| DEFENDANT(S) | (PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled

criminal case may be related to:

United States v. Chavez, Case No. CR 20-130-AB,
United States v. Olayvar, et al., Case No. CR 20-135-AB, and
United States v. Melkom, et al., Case No. CR 20-136-AB, which:

   **X**   were previously assigned to the Honorable André Birotte Jr.;

   _____   has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   **X**   the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   _____   the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: January 21, 2021

*/s/ Keith D. Ellison*
KEITH D. ELLISON
Assistant United States Attorney